LAW OFFICES OF RUBEN F. SANCHEZ
RUBEN F. SANCHEZ - STATE BAR NO. 118309
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 888-8441
Facsimile: (818) 884-7818

Attorneys for JOSEPH PACHECO, individually, CARL E. DILLEY, individually; DONALD A. MITCHELL, individually; and E-REX, INC., f/k/a P.R. STOCKS, a Nevada Corporation

FILED

2002 AUG 22 PM 1:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

P-Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH PACHECO, individually, CARL E. DILLEY, individually; DONALD A. MITCHELL, individually; and E-REX, INC., f/k/a P.R. STOCKS, a Nevada Corporation

Plaintiffs,

v.

MICHAEL J. CAPELOUTO, individually, RANDY LAMBERTO, individually also known as RICK LAMBERTO, CHRISTOPHER FORD, individually; CAROL GAMBLE TRUST 86, JUNE L. BLACKWELL, individually; TERRY SHORES, individually; STEVE RIGG, individually; RESSOYIA ANDERSON, individually; SLAWOMIR KOWNACKI, individually; DAVID SIMMACHER, individually; THE SAGEGROUP STRATEGIES, INC., a California corporation;

Defendants.

Case No. SACV 02-539 GLT (ANx)

NOTICE OF VOLUNTARY DISMISSAL

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
— JS-2 / JS-3
— CLSD

ENTER ON ICMS
8-23-02
AUG 23 2002

3



Law Offices of
RUBEN F. SANCHEZ
21700 Oxnard Street,
Suite 1750
Woodland Hills, California
91367

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiffs voluntarily dismiss the above-captioned action without prejudice.

Dated: August 20, 2002

Respectfully Submitted,

LAW OFFICES OF RUBEN F. SANCHEZ

By: ______________________

Ruben F. Sanchez, Esq.,
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone (818) 888-8441

**PROOF OF SERVICE**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, California 91367.

On August 20, 2002, I served the foregoing document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL** on interested parties, by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

JEFFER, MANGELS, BUTLER & MARMARO LLP
Two Embarcadero Center, 5th Floor
San Francisco, California 94111

**XXX** BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL SERVICE: I delivered such envelope(s) by hand to the office(s) of the addressee(s) marked with "***"

___ BY FEDERAL EXPRESS: I caused said envelope(s) to be sent by Federal Express to the addressee(s) marked with "+++"

BY TELECOPIER: In addition to the above service by mail, hand delivery or Federal Express, I caused said document) s) to be transmitted by telecopier at approximately ___:___ to the addressee(s) marked with "###"

Executed on August 20, 2002, at Los Angeles, California.

**XXX** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

By: [signature]
Rosalina Castrellon

Law Offices of
Ruiben F. Sanchez
21700 Oxnard Street, Suite 1750
Woodland Hills, California
91367